**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-1758**

In re: NICHOLAS OMAR MIDGETTE,

Petitioner.

On Petition for Writ of Mandamus. (4:04-cr-00054-FL-1; 4:12-cv-00008-FL)

Submitted: September 18, 2018

Decided: September 20, 2018

Before WILKINSON and THACKER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Nicholas Omar Midgette, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nicholas Omar Midgette petitions for a writ of mandamus, alleging that the district court has unduly delayed acting on his motion for pre- and post-judgment interest. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court denied the motion on April 20, 2018, and denied reconsideration on July 10, 2018. Accordingly, because the district court has recently decided Midgette's case, we deny the mandamus petition as moot. We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*